UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

IN RE:                                                ) Chapter 13
Tracey Gardner                                        ) Case No. 15-21527 AMN
      Debtor(s)                                    ) 5/5/2016

## MOTION TO DISMISS CASE

The Chapter 13 Standing Trustee Molly T. Whiton (Trustee) represents that the above-referenced Debtor or Debtors (Debtor hereinafter) have failed to properly prosecute their bankruptcy case in one or more of the following respects. The Trustee seeks dismissal of the case for cause pursuant to Section 1307(c) based on the deficiencies indicated below.

If the deficiencies set out below are remedied and the case is not dismissed, **notice is hereby given to the Debtor that the Trustee may also seek dismissal of the Chapter 13 case at the hearing on confirmation of the Debtor's Chapter 13 plan**. If the Debtor cannot confirm a plan for any reason, then the Trustee will request at the confirmation that the case be dismissed under 1307(c)(5).

1. The case is not feasible.
2. The debtor has failed to commence or maintain payments in the amount called for in the debtor's plan as required by sections 1326(a) and 1307(c)(4) of the Bankruptcy Code. As of the date of this Motion, the Debtor has missed 1 payment of $600.00.

**Wherefore,** the Trustee respectfully requests that the court dismiss the case.

                                              /s/ Molly T. Whiton
                                              Molly T. Whiton, Chapter 13 Trustee
                                              10 Columbus Boulevard, Hartford, CT  06106
                                              Tel:  860-278-9410 Fax: 860-527-6185
                                              Email: mtwhiton@mtwhiton.com Fed. Bar #02214

## CERTIFICATE OF SERVICE

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on the date set forth above, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system, or by first class mail on the parties listed in section 2 below:

1. **Documents Served:** Motion to Dismiss Case and proposed Order thereon

2. **Parties Served Via First Class Mail:** (Complete Address Must Be Listed)
      Debtor(s):
      Tracey Gardner
      198 West Euclid Street
      Hartford, CT 06112
3. **Parties Served Electronically Include:**

      Debtor's Attorney SUZANN L. BECKETT, ESQ.: SuzannB@Beckett-Law.com

Office of the United States Trustee
Kim McCabe, Assistant United States Trustee
150 Court Street, Suite 302
New Haven, CT 06510
203-773-2210
Email: ustpregion02.nh.ecf@usdoj.gov

/s/ Molly T. Whiton
Molly T. Whiton, Chapter 13 Trustee
10 Columbus Boulevard, Hartford, CT  06106
Tel:  860-278-9410 Fax: 860-527-6185
Email: mtwhiton@mtwhiton.com Fed. Bar #02214

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

IN RE: ) Chapter 13
Tracey Gardner ) Case No. 15-21527 AMN
      Debtor(s) ) 5/5/2016

**PROPOSED ORDER DISMISSING CASE UNDER CHAPTER 13**

    A Trustee's Motion to Dismiss the above referenced case pursuant to 11 U.S.C. §1307(c) having been heard, it is

ORDERED, that the motion is GRANTED and the case is DISMISSED WITHOUT PREJUDICE.

_____ IT IS FURTHER ORDERED that the order directing the employer to make periodic payments to the trustee is rescinded and future payments of wages should be made without such deductions.

3