UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | | |
|---|---|---|
| In Re: | : | Case No. 15-21527 |
| | : | |
| TRACEY GARDNER fka | : | |
| TRACEY K.N. BROWN | : | Ch. 13 |
|     Debtor | : | |
| | : | |
| PEOPLE'S UNITED BANK, | : | |
| NATIONAL ASSOCIATION | : | August 9, 2016 |
|     Movant | : | |
| | : | |
| TRACEY GARDNER fka | : | |
| TRACEY K.N. BROWN | : | |
| MOLLY T. WHITON, Trustee | : | |
|     Respondents | : | |

### MOTION FOR RELIEF FROM STAY

Effective February 23, 2015, People's United Bank, converted to a national banking association organized under the laws of the United States, and is now named People's United Bank, National Association.

1. The Movant, People's United Bank, National Association, holds a mortgage dated April 30, 1997 on certain real property of the Debtors known as 198 West Euclid Street, Hartford, Connecticut, to secure a loan in the original principal amount of $73,800.00. This mortgage is recorded in Volume 3812 at Page 155 of the Hartford Land Records. The debtors remain in possession of said premises.

2. The Movant wishes to continue with a foreclosure action on said mortgage in the Judicial District of Hartford at Hartford bearing docket no. CV-12-6030789S.

3. The debtor herein filed a petition in bankruptcy under Chapter 13 of the United States Bankruptcy Code on August 30, 2015.

4. The Debtor has failed to make full monthly post-petition, pre-confirmation payments to Movant for the months of June, July and August, 2016. The amount in arrears post-petition is $1,560.35 and is determined as follows:

| | |
|---|---|
| Partial Arrearage for June, 2016 Payment | $   102.35 |
| 2 payments of $729.00 | $ 1,458.00 |
| Amount Due: | $ 1,560.35 |

In addition, $550.00 in attorney's fees and $176.00 in costs for a total of $726.00 is due from the Debtor in connection with this motion for a total due of $2,286.35.

5. The Movant requests relief from the stay imposed by Section 362 of the Bankruptcy Code to permit it to continue a foreclosure of its mortgage.

WHEREFORE, the Movant prays upon final hearing of this Motion that the stay be terminated to allow the Movant to continue with a foreclosure action in the Superior Court to obtain possession of said premises.

        MOVANT

        By:_____/s/  Robert J. Piscitelli
         Robert J. Piscitelli ct 08876
         Meyers, Piscitelli & Link, LLP
         56 East Main Street, Suite 1, Avon, CT 06001
         (860) 677-6655
         rpsicitelli@mpllawfirm.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | | |
|---|---|---|
| In Re: | : | Case No. 15-21527 |
| | : | |
| TRACEY GARDNER fka | : | |
| TRACEY K.N. BROWN | : | Ch. 13 |
|     Debtor | : | |
| | : | |
| PEOPLE'S UNITED BANK, | : | |
| NATIONAL ASSOCIATION | : | August 9, 2016 |
|     Movant | : | |
| | : | |
| TRACEY GARDNER fka | : | |
| TRACEY K.N. BROWN | : | |
| MOLLY T. WHITON, Trustee | : | |
|     Respondents | : | |

## ORDER GRANTING RELIEF FROM STAY

People's United Bank, National Association (the "Movant") filed a Motion for Relief from Stay (the "Motion"), ECF No. ___ . After notice and a hearing, see 11 U.S.C. § 102(1) and in compliance with the Court's Contested Matter Procedure, and it appearing that the relief sought in the Motion should be granted, it is hereby

ORDERED, that the automatic stay provided in 11 U.S.C. § 362(a) is modified pursuant to 11 U.S.C § [362(d)(1)/362(d)(2)] to permit the Movant and/or their successors and assignees, to exercise their rights, if any, with respect to [real property] known as 198 West Euclid Street, Hartford, Connecticut, in accordance with applicable non-bankruptcy law and

it is FURTHER ORDERED, that to the extent there exists a co-debtor, the automatic stay pursuant to 11 U.S.C. § 362(a) and the fourteen (14) day stay pursuant to Fed. R. Bankr. P. 4001(a)(3) are modified to allow the Movant to enforce its interests in the real property against such co-debtor.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | | |
|---|---|---|
| In Re: | : | Case No. 15-21527 |
| | : | |
| TRACEY GARDNER fka | : | |
| TRACEY K.N. BROWN | : | Ch. 13 |
|     Debtor | : | |
| | : | |
| PEOPLE'S UNITED BANK, | : | |
| NATIONAL ASSOCIATION | : | August 9, 2016 |
|     Movant | : | |
| | : | |
| TRACEY GARDNER fka | : | |
| TRACEY K.N. BROWN | : | |
| MOLLY T. WHITON, Trustee | : | |
|     Respondents | : | |

**NOTICE OF CONTESTED MATTER RESPONSE DATE**

People's United Bank, N.A., (the "Movant") has filed the following documents, a copy of which are attached hereto:

(1)    Motion for Relief from Stay (the "contested Matter") and
(2)    a proposed order;

with the U.S. Bankruptcy Court. Notice is hereby given that any response to the Contested Matter must be filed with the Court no later than August 23, 2016, in accordance with Federal Rules of Bankruptcy Procedure 2002 (a) and 9014. In the absence of a timely filed response, the proposed order in the Contested Matter **may** enter without further notice and hearing, see, 11 U.S.C. section 102(1).

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

Date: 08/09/16                      THE MOVANT,

                                      By:    /s/ Robert J. Piscitelli
                                          Robert J. Piscitelli ct 08876
                                          Meyers, Piscitelli & Link LLP
                                          56 East Main Street, Suite 1
                                          P.O. Box 805
                                          Avon, CT  06001-0805
                                          (860) 677-6655
                                          rpiscitelli@mpllawfirm.com

*Pursuant to Federal Rule of Bankruptcy Procedure 9006(f), if service is made by mail, three days are added after the response date set in this notice.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | | |
|---|---|---|
| In Re: | : | Case No. 15-21527 |
| | : | |
| TRACEY GARDNER fka | : | |
| TRACEY K.N. BROWN | : | Ch. 13 |
|     Debtor | : | |
| | : | |
| PEOPLE'S UNITED BANK, | : | |
| NATIONAL ASSOCIATION | : | August 9, 2016 |
|     Movant | : | |
| | : | |
| TRACEY GARDNER fka | : | |
| TRACEY K.N. BROWN | : | |
| MOLLY T. WHITON, Trustee | : | |
|     Respondents | : | |

**CERTIFICATE OF SERVICE**

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on the 9$^{h}$ day of August, 2016, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system or, by first class mail on the parties listed in section 2 below.

1. **Documents Served**:
1. Motion for Relief
2. Proposed Order
3. Notice of Contested Matter

2. **Parties Servied Via First Class Mail:**
1. Tracey Gardner aka Tracey Brown
   198 Euclid Street
   Hartford, CT 06112

                                      By:    /s/ Robert J. Piscitelli
                                          Robert J. Piscitelli ct 08876
                                          Meyers, Piscitelli & Link, LLP
                                          56 East Main Street, Suite 1
                                          P.O. Box 805
                                          Avon, CT  06001-0805
                                          (860) 677-6655
                                          rpiscitelli@mpllawfirm.com