*Tracey Gardner*

**Transaction Receipt**

All items accepted are subject to the terms of your account agreement with us. Please retain this receipt with your banking records.
Deposits may not be available for immediate withdrawal.

TR:325  167-1602  08/22/16    02:21 PM
A136AHG
XXXXXX7972 Ln Pymt Vi    $729.00
Note: 1

Member FDIC    SD-058 6/15

**People's United Bank®**

Deposit checks using your mobile device.

Download the apps

P Personal    P Business

---

**Money Order**    61008

51-7034 / 2111

August 22, 2016    $729.00

***NOTICE TO PURCHASER***
"The purchase of an indemnity bond may be required before any cashier's check of this bank will be replaced or refunded in the event it is lost, misplaced, or stolen."

**FARMINGTON BANK**
One Farm Glen Boulevard, Farmington, CT 06032-1919
Toll-free 877-376-2265

Pay to the Order of:  People's United Bank

Seven Hundred Twenty-Nine and 00/100*************************************

NOT VALID OVER ONE THOUSAND U.S. DOLLARS

**NON-NEGOTIABLE**

Memo  August 2016  ACC# 00012477972

CUSTOMER COPY

Tracey Garden



**People's United Bank®**

Deposit checks
using your
mobile device.

---

Download the apps

---

 Personal   Business

**Transaction Receipt**

All items accepted are subject to the terms of your account agreement with us. Please retain this receipt with your banking records.
**Deposits may not be available for immediate withdrawal.**

TR:324  169-16902  08/22/16        02:20 PM
A136AHG
XXXXXX7972 Ln Pymt Vi              $729.00
Note: 1

Member FDIC    SD-058 6/15

---

 **FARMINGTON BANK**　　　Money Order　　　61009

One Farm Glen Boulevard, Farmington, CT 06032-1919
Toll-free 877-376-2265

51-7034 / 2111

August 22, 2016

$729.00

Pay to the
Order of:   People's United Bank

Seven Hundred Twenty-Nine and 00/100*******************************

NOT VALID OVER ONE THOUSAND U.S. DOLLARS
**NON-NEGOTIABLE**

Memo  August 2016 Acc# 00012477972

***NOTICE TO PURCHASER***
"The purchase of an indemnity bond may be required before any cashier's check of this bank will be replaced or refunded in the event it is lost, misplaced, or stolen."

**CUSTOMER COPY**