## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **In re:** | **Case No.: 15-21527** |
| **Tracey Gardner f/k/a Tracey K. N. Brown,** | **Chapter 13** |
| **Debtor.** | |
| **Tracey Gardner f/k/a Tracey K. N. Brown,** | **August 23, 2016** |
| **Movant,** | |
| **-against-** | |
| **People's United Bank, N.A,** | |
| **Respondent.** | |

## **CERTIFICATE OF SERVICE**

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on the 23rd day of August, 2016, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system or by first class mail on the parties listed in section 2 below.

1. **Documents Served**:

    1. Objection to Motion for Relief
    2. Exhibit A
    3. Certificate of Service

2. **Parties Served Via First Class Mail**:

    1. Tracey Gardner
       198 West Euclid Street
       Hartford, CT 06112

3. **Parties served via CM/ECF**:

    1. Suzann L. Beckett on behalf of Debtor Tracey Gardner:
       SuzannB@Beckett-Law.com

2. Robert J. Piscitelli on behalf of Creditor People's United Bank, National Association:   Meyers Piscitelli & Link, rpiscitelli@mpllawfirm.com

3. U. S. Trustee: USTPRegion02.NH.ECF@USDOJ.GOV

4. Molly T. Whiton, Chapter 13 Trustee:   mtwhiton@mtwhiton.com

Dated: August 23, 2016     By:    __/s/   Suzann L. Beckett_____
                                                Suzann L. Beckett, Esq.
                                                Beckett Law, LLC
                                                543 Prospect Avenue
                                                Hartford, CT   06105
                                                (860) 236-1111
                                                Federal Bar No. ct02186
                                                SuzannB@Beckett-Law.com