*15-21527*

I, Tracey Gardner, am over the age of 18 and understand the meaning of an oath, hereby subscribe as follows:

1.  I am the Debtor in Chapter 13 case # 15-21527.

2.  As of 9/21/2016 I am $1,200.00 in arrears in my payments to the Trustee pursuant to section 1326(a)(1) of the Bankruptcy Code.

3.  I will pay the sum of $600.00 on 9/22/2016, through my counsel, by certified check or money order.

4.  I will pay the sum of $600.00 on 9/29/2016, through my counsel by certified check or money order.

5.  I understand that failure to make these payments, which are to be received at the Chapter 13 Trustee's lockbox in good funds on or before October 1, 2016, means that the case may be dismissed on the Trustee's affidavit with five business days notice to debtor's counsel.

6.  I also understand that the matter may be set for hearing by the court if debtor's counsel files a counter affidavit, which affidavit will be limited to facts relating to the forwarding of good funds in the stipulated amount within the stipulated time.

7.  The debtor stipulates that the Chapter 13 Trustee reserves and retains all rights to seek dismissal of the case in the event funds are not received notwithstanding the entry of an order confirming the case.

_____
Tracey Gardner

Subscribed and sworn to before me, the undersigned officer, this 22nd day of September, 2016.

_____
Sharon Oliver
Notary Public
My Commission expires: 3/31/2017